# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Cathleen Marguerette Harbaugh aka Cathleen M Harbaugh, aka Cathleen Marguerette Harbaugh, fka Cathleen Marguerette Allcorn<br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 24-21346 JCM |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Amerihome Mortgage Company, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ Brent J. Lemon
Brent Lemon
13 Aug 2024, 10:42:33, EDT

Denise Carlon, Esq. (317226)  ☐
Brent Lemon, Esq. (86478)  ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com