**AMENDED**

**Fill in this information to identify your case:**

Debtor 1: Cathleen Marguerette Harbaugh
First Name   Middle Name   Last Name

Debtor 2:
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number: 24-21346
(If known)

☑ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B*..................................................... $ 183,100.00

   1b. Copy line 62, Total personal property, from *Schedule A/B*........................................ $ 30,687.00

   1c. Copy line 63, Total of all property on *Schedule A/B* .................................................. $ 213,787.00

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* ............ $ 141,511.74

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*......................................... $ 0.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*..................................... + $ 3,917.00

   **Your total liabilities**   $ 145,428.74

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* ........................................... $ 4,109.00

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* ................................................... $ 2,603.57

Official Form 106Sum       **Summary of Your Assets and Liabilities and Certain Statistical Information**       page 1 of 2

AMENDED

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Cathleen Marguerette Harbaugh** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | Western District of Pennsylvania |
| Case number (if know) | 24-21346 |

☑ Check if this is an amended filing

# Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion If any |
|---|---|---|---|

**2.1**

Describe the property that secures the claim:  $ 139,517.74   $ 183,100.00   $ 0.00

**Amerihome Mtg Co, Llc**
Creditor's Name
**1 Baxter Way, Ste 300**
Number    Street
**Thousand Oaks CA    91362**
City    State    ZIP Code

1109 Woodward Ave, Mc Kees Rocks, PA 15136 - $183,100.00

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number 9273

| Debtor | Cathleen Marguerette Harbaugh | | Case number (if known) 24-21340 | AMENDED |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| 2.2 | | Describe the property that secures the claim: | $ 1,994.00 | $ 4,050.00 | $ 0.00 |
|---|---|---|---|---|---|

**Cap One Auto**
Creditor's Name

**3901 Dallas Pkwy**
Number    Street

**Plano    TX    75093**
City    State    ZIP Code

**Who owes the debt? Check one.**
[✓] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another

[ ] Check if this claim relates to a community debt

Date debt was incurred **06-24-2017**

2017 Dodge Journey - $4,050.00

**As of the date you file, the claim is: Check all that apply.**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Nature of lien. Check all that apply.**
[✓] An agreement you made (such as mortgage or secured car loan)
[ ] Statutory lien (such as tax lien, mechanic's lien)
[ ] Judgment lien from a lawsuit
[ ] Other (including a right to offset) _____

Last 4 digits of account number **1001**

Add the dollar value of your entries in Column A on this page. Write that number here:    $ **141,511.74**

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

AMENDED

**Fill in this information to identify your case:**

Debtor 1  Cathleen Marguerette Harbaugh
          First Name    Middle Name    Last Name

Debtor 2  _____
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the Western District of Pennsylvania

Case number  24-21346
(If known)

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules           12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☐ No
☐ Yes.  Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ /s/ Cathleen Marguerette Harbaugh            ✗ _____
Signature of Debtor 1                           Signature of Debtor 2

Date 09/19/2024                                  Date _____
     MM / DD / YYYY                                   MM / DD / YYYY

Official Form 106Dec          **Declaration About an Individual Debtor's Schedules**