## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                    *

Cathleen Marguerette Harbaugh            *        Case No. 24-21346-JCM

                                          *              Chapter 13

        Debtor                            *

*       *       *       *       *       *       *       *       *       *       *       *       *

### NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Debtor, Cathleen Marguerette Harbaugh, by and through her undersigned counsel, Amy Ginsburg, Esq., respectfully files this Notice of Withdrawal of the Amended Chapter 13 Plan [Dkt #80] following a discussion with the Trustee.

FURHERMORE, Counsel will be filing a modified plan reflecting figures consistent with the Trustee's recommendation.

Date:    September 19, 2024                 /s/ Amy L.B. Ginsburg, Esq.
                                            Ginsburg Law Group, PC
                                            Attorney for Debtor

SO ORDERED.

Dated:  September 20, 2024

                                            _____
                                            John C. Melaragno, Judge    glb
                                            United States Bankruptcy Court

                                            SIGNED
                                            9/20/24 10:58 am
                                            CLERK
                                            U.S. BANKRUPTCY
                                            COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                  Case No. 24-21346-JCM

Cathleen Marguerette Harbaugh                                                           Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Sep 20, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Cathleen Marguerette Harbaugh, 1109 Woodrard Ave, McKees Rocks, PA 15136-2211 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2024                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amy Lynn Bennecoff Ginsburg | on behalf of Debtor Cathleen Marguerette Harbaugh efilings@ginsburglawgroup.com  ginsburglaw@ecf.courtdrive.com |
| Brent J. Lemon | on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4