IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Cathleen Marguerette Harbaugh | : | Bankruptcy No. 24-21346-JCM |
| | : | Chapter  13 |
| Debtor | : | |
| | : | |
| | : | Document No. 90 |
| Movant Cathleen Marguerette Harbaugh | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| Respondent (if none, then "No Respondent") | : | |
| No Respondent | | |

## NOTICE OF CHANGE OF ADDRESS

**Undeliverable Address:**

  Creditor Name:

  Incorrect Address: Cathleen Marguerette Harbaugh
  1109 Woodrard Ave
  McKees Rocks, PA 15136

**Corrected Address:** 1109 Woodward Ave
McKees Rocks, PA 15136

  Creditor Name:

  Correct Address:


Dated   9/26/2024

  Electronic Signature of Debtor(s)' Attorney
  /s/ Amy L.B. Ginsburg, Esq.

  Typed Name
  Amy L.B. Ginsburg, Esq.

  Address
  653 Skippack Pike
  Suite 300-71
  Blue Bell, PA 19422

  Phone No.
  (855) 978-6564

  Bar I.D. and State of Admission
  202745. PA