IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:   Cathleen Marguerette Harbaugh | : | Bankruptcy No.   24-21346 |
| Debtor | : | |
| | : | Chapter   13 |
| | : | |
| Movant   Cathleen Marguerette Harbaugh | : | |
| | : | Related to Document   No:   90 |
| v. | : | Hearing Date and Time: |
| | : | |
| | : | |
| Respondent (if none, then "No Respondent")   No Respondent | : | |

**CERTIFICATE OF SERVICE OF (NOTICE OF ADDRESS CORRECTION)**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) 9/26/2024

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  electronic notification

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: _____

/s/ Amy L.B. Ginsburg
Amy L.B. Ginsburg

Address:
653 Skippack Pike
Suite 300-71
Blue Bell, PA 19422

Phone: 855-978-6564
Bar ID and State of Admission: 202745  PA

**PAWB Local Form 7 (07/13)**

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on the 26th day of September 2024, I caused the foregoing Notice of Withdrawal to be served upon filing via the court's ECF system:

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Amy Lynn Bennecoff Ginsburg on behalf of Debtor Cathleen Marguerette Harbaugh
efilings@ginsburglawgroup.com, ginsburglaw@ecf.courtdrive.com

Brent J. Lemon on behalf of Creditor AMERIHOME MORTGAGE COMPANY, LLC
blemon@kmllawgroup.com, lemondropper75@hotmail.com


Date:   September 26, 2024                                      /s/ Amy L.B. Ginsburg, Esq.
                                                                Ginsburg Law Group, PC
                                                                Attorney for Debtor