IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:   Cathleen Marguerette Harbaugh | : | Bankruptcy No.    24-21346 |
| Debtor | : | |
| | : | Chapter    13 |
| Movant   Cathleen Marguerette Harbaugh | : | |
| | : | Related to Document    No:93, 96 |
| v. | : | Hearing Date and Time: |
| Respondent (if none, then "No Respondent") | : | |
| No Respondent | : | |

**CERTIFICATE OF SERVICE OF (Order dated , 341 Notice, and Amended Schedules)**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) 9/27/2024

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  electronic notification and 1st Class Mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: __9/27/2024

/s/ Amy L.B. Ginsburg
Amy L.B. Ginsburg

Address:
653 Skippack Pike
Suite 300-71
Blue Bell, PA 19422

Phone: 855-978-6564
Bar ID and State of Admission: 202745  PA

**PAWB Local Form 7 (07/13)**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 27th day of September 2024, I caused the foregoing Amendment Coversheet, Amended Schedules, Order and 341 Notice be served upon filing via the court's ECF system and 1st Class Mail:

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Amy Lynn Bennecoff Ginsburg on behalf of Debtor Cathleen Marguerette Harbaugh
efilings@ginsburglawgroup.com, ginsburglaw@ecf.courtdrive.com

Brent J. Lemon on behalf of Creditor AMERIHOME MORTGAGE COMPANY, LLC blemon@kmllawgroup.com, lemondropper75@hotmail.com

<u>Via First Class Mail</u>
Entire Matrix (attached)


Date:    September 27, 2024                     /s/ Amy L.B. Ginsburg, Esq.
                                                Ginsburg Law Group, PC
                                                Attorney for Debtor

                                                Address:
                                                653 Skippack Pike
                                                Suite 300-71
                                                Blue Bell, PA 19422

                                                Phone: 855-978-6564
                                                Bar ID and State of
                                                Admission: 202745  PA

Amerihome Mtg Co, Llc
1 Baxter Way, Suite 300
Thousand Oakes, CA 91362-3888

Bk Of Amer
P O Box 982236
El Paso, TX 79998

Cap One Auto
3901 Dallas Pkwy
Plano, TX 75093

Capital One
11013 W Broad St
Glen Allen, VA 23060

Cb/Cathrins
4590 E. Broad Stre
Columbus, OH 43213

Cenlar
425 Phillips Blvd
Ewing, NJ 08618

Cenlar FSB Attn BK Dept
425 Phillips Blvd
Ewing, NJ 08618

Citizensbk
6 Corporate Dr.
Shelton, CT 06484

Fhut/Webbk
6250 Ridgewood Road
St Cloud, MN 56303

Jpmcb Card
301 N Walnut St, Floor 09
Wilmington, DE 19801

Pnc Bank
2730 Liberty Av
Pittsburgh, PA 15265

Syncb/Care Credit
950 Forrer Blvd
Kettering, OH 45420

Verizon
One Verizon Pl
Alpharetta, GA 30004

Wfhm
7255 Baymeadows Wa
Jacksonville, FL 32256

Nuvell Credit Company, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118