**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

CATHLEEN MARGUERETTE HARBAUGH

Case No.:24-21346

Debtor(s)

Ronda J. Winnecour
Movant

Document No.:

vs.
No Respondents.

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1.  The case was filed on 05/30/2024  and confirmed on 08/30/2024 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---:|
| Total Receipts | | 21,951.30 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 21,951.30 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 750.00 | |
| Trustee Fee | 1,317.40 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,067.40 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| AMERIHOME MORTGAGE COMPANY LLC | 0.00 | 18,687.84 | 0.00 | 18,687.84 |
| Acct: 3536 | | | | |
| AMERIHOME MORTGAGE COMPANY LLC | 68,415.96 | 1,196.06 | 0.00 | 1,196.06 |
| Acct: 3536 | | | | |
| CAPITAL ONE AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1001 | | | | |
| | | | | 19,883.90 |
| **Priority** | | | | |
| AMY LYNN BENNECOFF GINSBURG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CATHLEEN MARGUERETTE HARBAUGH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CATHLEEN MARGUERETTE HARBAUGH | 5.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMY LYNN BENNECOFF GINSBURG ESQ | 4,000.00 | 750.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMY LYNN BENNECOFF GINSBURG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 24-21346 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 2 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |

**Priority**

| | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| AMERIHOME MORTGAGE COMPANY LLC<br>Acct: 3536 | 1,040.00 | 0.00 | 0.00 | 0.00 |

*** N O N E ***

**Unsecured**

| | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| BANK OF AMERICA**<br>Acct: 9975 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA<br>Acct: 7175 | 0.00 | 0.00 | 0.00 | 0.00 |
| COMENITY BANK<br>Acct: 0012 | 0.00 | 0.00 | 0.00 | 0.00 |
| CENLAR FSB<br>Acct: 8623 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIZENS BANK<br>Acct: 7157 | 0.00 | 0.00 | 0.00 | 0.00 |
| WEBBANK-FINGERHUT<br>Acct: 1466 | 0.00 | 0.00 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA<br>Acct: 8049 | 0.00 | 0.00 | 0.00 | 0.00 |
| PNC BANK NA<br>Acct: 4435 | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: 7585 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AGENT FOR<br>Acct: 0001 | 0.00 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO HOME MORTGAGE<br>Acct: 2699 | 0.00 | 0.00 | 0.00 | 0.00 |
| AIS PORTFOLIO SERVICES (AMERICAN IN<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

*** N O N E ***

| TOTAL PAID TO CREDITORS | | 19,883.90 |
|---|---|---|

TOTAL CLAIMED
| PRIORITY | 1,040.00 |
|---|---|
| SECURED | 68,415.96 |
| UNSECURED | 0.00 |

Date: 03/20/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com